UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 14-22586-CIV-MORENO

JUAN ALMANZAR, and JOCELYN EVANS on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

SELECT PORTFOLIO SERVICING, INC.,
STANDARD GUARANTY INSURANCE
COMPANY, and AMERICAN SECURITY
INSURANCE COMPANY,

        Defendants.
_____/

## ORDER SETTING HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF THE SETTLEMENT CLASS

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Class **(D.E. 92)**, filed on **September 15, 2015**. It is hereby

**ADJUDGED** that the hearing on this Motion shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Thursday, October 15, 2015 at 9:45 am**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this _5_ of October 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record